KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ULYANA CHUL, <br><br> Plaintiff, <br><br> v. <br><br> Michael Chertoff, in his Official Capacity, Secretary, Department of Homeland Security; Gregory W. Christian, in his Official Capacity, Acting Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, Department of Homeland Security; Alberto R. Gonzales, in his Official Capacity, Attorney General, U.S. Department of Justice; and David Still, in his Official Capacity, District Director, U.S. Department of Homeland Security, <br><br> Defendants. | No. C 06-7060 JSW <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C06-7060 JSW                                    1

1 | Dated: December 13, 2006 | Respectfully submitted,
2 | | KEVIN V. RYAN
  | | United States Attorney
3 |
4 |
5 | | _____/s/_____
  | | ILA C. DEISS
  | | Assistant United States Attorney
6 | | Attorney for Defendants
7 |
8 | Dated: December 11, 2006 | _____/s/_____
  | | CONSTANTINE ZHUKOVSKY
9 | | Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 18, 2006

JEFFREY S. WHITE
United States District Judge

Stip. to Dismiss
C06-7060 JSW                                  2